UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Dustin Kampert, et al
_____
    Plaintiff(s),
v.

Raymond James Financial, Inc.
_____
    Defendant(s).

Civil Case No. 6:17-cv-1036

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Leonard A. Bennett _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**

Name: Bennett (Last Name)   Leonard (First Name)   A. (MI)   (Suffix)

Firm or Business Affiliation: Consumer Litigation Associates, P.C.
Mailing Address: 763 J. Clyde Morris Boulevard, Suite 1-A
City: Newport News   State: Virginia   Zip: 23601
Phone Number: (757) 930-3660   Fax Number: (757) 930-3662
Business E-mail Address: lenbennett@clalegal.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Virginia State Bar, 11/01/1994, 37523
North Carolina State Bar, 04/07/1995, 21576

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
PLEASE SEE ATTACHED EXHIBIT "A"

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
PLAINTIFFS

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 23rd day of August, 2017

(Signature of Pro Hac Counsel)

Leonard A. Bennett
*(Typed Name)*

## Exhibit "A"
## Leonard A. Bennett – List of Court Admissions

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court (active, inactive, retired) |
|---|---|---|---|
| United States Supreme Court | | 3/21/05 | Active |
| United States Court of Appeals for 4th Circuit | | 9/7/07 | Active |
| United States Court of Appeals for 3rd Circuit | | 6/6/07 | Active |
| United States Court of Appeals for 9th Circuit | | 8/1/09 | Active |
| United States Court of Appeals for 6th Circuit | | 10/14/11 | Active |
| United States Court of Appeals for 11th Circuit | | 6/13/11 | Active |
| Virginia State Bar | 37523 | 11/1/94 | Active |
| North Carolina State Bar | 21576 | 4/7/95 | Active |
| United States District Court of North Carolina (Eastern District) | | 4/19/05 | Active |
| United States District Court of North Carolina (Western District) | | 10/26/07 | Active |
| United States District Court of North Carolina - (Middle District) | | 3/3/09 | Active |
| United States District Court of Illinois | | 11/17/03 | Active |
| United States District Court of Virginia - (Eastern District) | | 11/18/94 | Active |
| United States District Court of Virginia (Western District) | | 2004 | Active |
| United States District Court of Wisconsin - (Western District) | | 9/16/08 | Active |
| United States District Court of Wisconsin (Eastern District) | | 3/9/06 | Active |
| United States District Court of Michigan (Western District) | | 8/23/13 | Active |
| United States District Court of Michigan (Eastern District) | | 2/19/04 | Active |
| United States District Court of Ohio (Northern District) | | 2011 | Active |
| United States District Court of Tennessee (Western District) | | 6/2012 | Active |
| District of Columbia | | 4/4/2016 | Active |

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

> ☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this ~~23rd~~ 14th day of ~~August~~ September, 2017

_(Signature of Local Counsel)_

Name: **Baxter**, **Justin**, **M.**
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: **992178**

Firm or Business Affiliation: **Baxter & Baxter, LLP**

Mailing Address: **8835 S.W. Canyon Lane, Suite 130**

City: **Portland**   State: **Oregon**   Zip: **97225**

Phone Number: **(503) 297-9031**   Business E-mail Address: **justin@baxterlaw.xom**

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge