UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Civil Case No. 6:17-cv-01036-MC

DUSTIN KAMPERT

    Plaintiff(s),

v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

RAYMOND JAMES FINANCIAL, INC.

    Defendant(s).

Attorney Kristi C. Kelly requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Kelly    Kristi    C.
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: Kelly & Crandall, PLC

Mailing Address: 3925 Chain Bridge Road, Suite 202

City: Fairfax    State: VA    Zip: 22030

Phone Number: 703-424-7572    Fax Number: 703-591-0167

Business E-mail Address: kkelly@kellyandcrandall.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Virginia, Admission date: 10/12/06, Bar ID: 72791
District of Columbia, Admission date: 06/11/2007, Bar ID: 974872
Maryland, Admission date: 06/06/2014, Bar ID: 07244

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
E.D. VA, Admission date: 07/25/08, Bar ID: 72791
District of Columbia, Admission date: 03/07/11, Bar ID: 974872
Maryland, Admission date: 04/03/15, Bar ID: 07244

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
DUSTIN KAMPERT

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 5th day of July, 2017

*(Signature of Pro Hac Counsel)*

Kristi C. Kelly
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this ~~30th~~ 14th day of ~~June~~ September, 2017

s/ Justin M. Baxter
(Signature of Local Counsel)

Name: Baxter, Justin M.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 992178
Firm or Business Affiliation: Baxter & Baxter, LLP
Mailing Address: 8835 SW Canyon Lane, Suite 130
City: Portland   State: OR   Zip: 97225
Phone Number: (503) 297-9031   Business E-mail Address: justin@baxterlaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## Kristi Cahoon Kelly
### Additional List of Court Admissions

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court (active, inactive, retired) |
|---|---|---|---|
| US District Court, Western District of Virginia | 72791 | 01/09/15 | Active/In Good Standing |