UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Civil Case No. 6:17-cv-01036-MC

Dustin Kampert
_____
          **Plaintiff(s),**
v.

Raymond James Financial, Inc.
_____
          **Defendant(s).**

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Scott A. Surovell, Esq. _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Surovell, Scott A. _____

      *(Last Name)*                    *(First Name)*                *(MI)*         *(Suffix)*

Firm or Business Affiliation: Surovell Isaacs & Levy, PLC _____

Mailing Address:        4010 University Dr., Ste 200 _____

City: Fairfax _____   State: VA _____   Zip: 22030 _____

Phone Number: 703-277-9750 _____   Fax Number: 703-591-9285 _____

Business E-mail Address: ssurovell@surovellfirm.com _____

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

    Virginia State Bar -Date of Admission 10/15/1996 VSB# 40278

    District of Columbia - Date of Admission 9/10/2001 DCB#461825

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

    U.S. District Court, Eastern Division, Virginia - Date of Admission 10/15/1996

    Bar# 40278

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Dustin Kampert

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this __22nd__ day of __August__, __2017__

_____
*(Signature of Pro Hac Counsel)*

Scott A. Surovell, Esq.
_____
*(Typed Name)*

---

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __14th__ day of __Sept__ , __2017__

_____
(Signature of Local Counsel)

Name: **Baxter, Justin M.**
_____
(Last Name)                        (First Name)                        (MI)        (Suffix)

Oregon State Bar Number: _____

Firm or Business Affiliation: **Baxter & Baxter, LLP**

Mailing Address: **8835 SW Canyon Lane, Suite 130**

City: **Portland**                     State: **Oregon**        Zip: **97225**

Phone Number: **503-2979031**        Business E-mail Address: **www.baxterlaw.com**

---

**COURT ACTION**

---

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge