UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DUSTIN KAMPERT, individually and on behalf of all others similarly situated, | Case No: 8:18-cv-1090-EAK-AAS |
| Plaintiff, | |
| v. | |
| RAYMOND JAMES FINANCIAL SERVICES, INC., | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L. R. 3.08(a), Plaintiff Dustin Kampert and Defendant Raymond James Financial, Inc. (collectively, "the Parties") hereby notify the Court that the Parties have reached an agreement to resolve all claims in the above-referenced matter, and are in the process of finalizing their written agreement.

Respectfully submitted,

Dated:  July 29, 2019

[Signatures Begin on Following Page]

BY: */s/Craig C. Marchiando*
    Craig C. Marchiando, FSB#1010769
    Leonard A. Bennett, VSB No. 37523
    Elizabeth W. Hanes, VSB No. 75574
    CONSUMER LITIGATION
    ASSOCIATES, P.C.
    763 J Clyde Morris Blvd Ste 1-A
    Newport News, VA 23601
    Telephone: (757) 930-3660
    Facsimile: (757) 930-3662
    Email: craig@clalegal.com

    Brandon J. Hill
    Florida Bar No. 37061
    WENZEL FENTON CABASSA, P.A.
    1110 N. Florida Ave., Suite 300
    Tampa, FL 33602
    Telephone: (813) 224-0431
    Facsimile: (813) 229-8712
    Email: bhill@wfclaw.com

    Scott A. Surovell, VSB# 40278
    SUROVELL ISAACS PETERSEN
      & LEVY PLC
    4010 University Drive, Suite 200
    Fairfax, VA 22030
    Telephone: (703) 251-5400
    Facsimile: (703) 591-9285
    Email: ssurovell@siplfirm.com

    Kristi Cahoon Kelly, VSB #72791
    Andrew J. Guzzo, VSB #82170
    KELLY & CRANDALL, PLC
    3925 Chain Bridge Rd Ste 202
    Fairfax, VA 22030
    Telephone (703) 424-7572
    Facsimile: (703) 591-0167
    Email: kkelly@kellyandcrandall.com
    Email: aguzzo@kellyandcrandall.com

BY: */s/Tammie L. Rattray*
    Timothy W. Snider, *Pro Hac Vice*
    Oregon State Bar No.: 034577
    Kennon Scott, *Pro Hac Vice*
    Oregon State Bar No.: 144280
    Crystal S. Chase, *Pro Hac Vice*
    Oregon State Bar No.: 144280
    STOEL RIVES LLP
    760 SW Ninth Avenue, Suite 3000
    Portland, OR 97205
    Telephone: (503) 224-3380
    Facsimile: (503) 220-2480
    Email: timothy.snider@stoel.com
    E-mail: kennon.scott@stoel.com
    Email: crystal.chase@stoel.com

    Tammie L. Rattray, B.C.S.
    Florida Bar No. 128619
    FORDHARRISON LLP
    101 E Kennedy Blvd, Suite 900
    Tampa, FL 33602-5133
    Telephone: (813) 261-7800
    Facsimile: (813) 261-7899
    Email: trattray@fordharrison.com

Attorneys for Defendant Raymond James Financial Services, Inc

Justin M. Baxter
BAXTER & BAXTER, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, OR 97225-3429
Telephone:  (503) 297-9031
Facsimile: (503) 291-9172
Email: justin@baxterlaw.com

Attorneys for Plaintiff, Dustin Kampert

WSACTIVELLP:10672277.1